## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
☐ Eastern (Jackson)   DIVISION
☐ Western (Memphis) DIVISION

|   |   |
|---|---|
| Plaintiff, ) | |
| vs. Charlie D Nelson ) | No. _____ |
| ) | |
| MSCS ) | |
| Defendant. ) | |

## COMPLAINT

1. This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

   ☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
   **NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

   ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
   **NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   ☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
   **NOTE:** *In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2. Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3. Plaintiff resides at:

   1228 Stable Run DR    Cordova TN 38018
   STREET ADDRESS

   Shelby, TN, 38018, (901) 230-0199
   County   State   Zip Code   Telephone Number

4. Defendant(s) resides at, or its business is located at:

   160 S. Hollywood St.
   STREET ADDRESS

   Shelby, Memphis, TN, 38112
   County   City   State   Zip Code

   NOTE: If more than one defendant, you must list the names, address of each additional defendant.

   | Name | Title |
   |---|---|
   | Carolyn Jackson | Director Security |
   | Chantay Branch | HR |
   | Toni Williams | Interim Superintendent |
   | Quinton Robinson | Chief HR |
   | Jennika Obeslgo | Deputy HR |
   | Theron Stallworth | Professinal Standard |
   | Drake Richmond | HR |

5. The address at which I sought employment or was employed by the defendant(s) is:

   160 S. Hollywood St memphis TN 38112

2

STREET ADDRESS

<u>Shelby</u>, <u>Memphis</u>, <u>TN</u>, <u>38112</u>
County    City    State    Zip Code

6. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

- [x] Failure to hire
- [ ] Termination of my employment
- [ ] Failure to promote
- [ ] Failure to accommodate my disability
- [ ] Unequal terms and conditions of my employment
- [x] Retaliation
- [ ] Other acts *(specify)*: _____

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7. It is my best recollection that the alleged discriminatory acts occurred on:
Date(s) **May 2, 2023**

8. I believe that the defendant(s) *(check one)*:
- [x] is still committing these acts against me.
- [ ] is <u>not</u> still committing these acts against me.

9. Defendant(s) discriminated against me based on my:
*(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

First said some on my background and record, then change to my file professional now going on hear say Carolyn Jackson told me in a meeting at Board Education and school board Keith Williams, she heard some on my arrested

[ ]   Race_____

[ ]   Color_____

[ ]   Gender/Sex_____

[ ]   Religion_____

[ ]   National Origin_____

[ ]   Disability_____

[ ]   Age. If age is checked, answer the following:
      I was born in_____. At the time(s) defendant(s) discriminated against me.

      I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10.   The facts of my case are as follows:

retaliation against for reporting discrimination not hired, and denied reemployment defamed my name on false statement I am being Black ball, basis discrimination This is against Title VII of the Civil Rights They violated my constitution rights and Federal laws Unfair pattern of practice MSCS. I applied for several Jobs and positions whole year 2014 2015 2016 2017 2018 2019 2020

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

4

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11. It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on: __Yes__ ✓ __May 2023__

12. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: __Aug 15, 2023__
   Date

**Only litigants alleging age discrimination must answer Question #13.**

13. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

   [✓] 60 days or more have elapsed

   [ ] Less than 60 days have elapsed.

14. The Equal Employment Opportunity Commission *(check one)*:

   [ ] has not issued a Right to Sue Letter.

   [✓] has issued a Right to Sue letter, which I **received** on __09-19-2023__
   Date

*NOTE:* *This is the date you* received *the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15. Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

*NOTE: You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16. I would like to have my case tried by a jury:

   [✓] Yes

   [ ] No

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐ direct that the Defendant employ Plaintiff, or

☑ direct that Defendant re-employ Plaintiff, or

☐ direct that Defendant promote Plaintiff, or

☐ order other equitable or injunctive relief as follows:_____

_____

☑ direct that Defendant pay Plaintiff back pay in the amount of **pain and suffering stress** and interest on back pay;

☑ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: **pain and suffering and loss wages and income, depression, stress**

_Charlie D. Nelson_
SIGNATURE OF PLAINTIFF

Date: 12-12-2023

1228 Stable Run DR
Address

Cordova TN 38018

(901) 230-0199
Phone Number

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Memphis District Office**
200 Jefferson Ave, Suite 1400
Memphis, TN 38103
(901) 685-4590
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/19/2023

**To:** Charlie D. Nelson
1228 Stable Run Drive
Cordova, TN 38018
Charge No: 490-2023-03480

EEOC Representative and email: GILBERT HAMMOND
Supervisor
gilbert.hammond@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 490-2023-03480.

On behalf of the Commission,

Digitally Signed By: Edmond Sims
09/19/2023

Edmond Sims
Acting District Director

Cc:

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying

Enclosure with EEOC Notice of Closure and Rights (01/22)

your request as a "FOIA Request" for Charge Number 490-2023-03480 to the Acting District Director Edmond Sims at 200 Jefferson Avenue Suite 1400, Memphis, TN 38103.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 490-2023-03480 to Acting District Director Edmond Sims at 200 Jefferson Avenue Suite 1400, Memphis, TN 38103.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

*[Handwritten notes:]*

success
stress
despess
despessic
depression

thoughts

uitnbaillo
asaillo
asoilb.

Violate
voilent
Violence
voilenc